IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 09-cr-00462-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

COYTE HOLBERT,

        Defendant.

---

**ORDER DISMISSING PETITION AND WARRANT
FOR REVOCATION OF SUPERVISED RELEASE**

---

        This matter coming before the attention of the Court upon the report of the probation officer, and the Court being advised that the defendant has recently come back into compliance with his supervision conditions as all new criminal charges have been dismissed in the El Paso County Court Case Number 2010-CR-000607, it is

        **ORDERED** that the petition to issue warrant for defendant's arrest be dismissed and the defendant be continued on supervised release to his original expiration date of May 14, 2012.

        **FURTHER ORDERED** that all previously imposed conditions of supervised release remain in full force and effect.

        DATED this 3rd day of March, 2011.

        **BY THE COURT:**

        *Marcia S. Krieger*
        _____

        Marcia S. Krieger
        United States District Judge