UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. COYTE HOLBERT                              Docket Number: 09-cr-00462-MSK-01

**Amended Petition on Supervised Release**

COMES NOW, Robert Haberman, probation officer of the court, presenting an official report upon the conduct and attitude of Coyte Holbert, who was placed on supervision by the Honorable Clarence A. Brimmer sitting in the court at Cheyenne, Wyoming, on the 3rd day of October, 2007, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the court and imposed the following special conditions:

1.      The defendant shall participate in a program approved by the United States Probation Officer for substance abuse treatment, which may include testing to determine whether the defendant has reverted to the use of controlled substances.

2.      The defendant shall refrain from any use or possession of alcohol and shall not frequent places where the primary source of income is derived from the sale of alcohol.

3       The defendant shall submit his person, residence or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

4.      The defendant shall pay a fine of $150.00.

**On October 22, 2009, the defendant's jurisdiction was transferred to the District of Colorado and assigned to Your Honor.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here: if lengthy write on separate sheet and attach)

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER that the petition filed with the Court on June 28, 2012, be amended modifying violation number 7.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 13th day of December, 2012, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | *s/ Robert Haberman* |
| | Robert Haberman |
| | United States Probation Officer |
| *s/ Marcia S. Krieger* | |
| Marcia S. Krieger | Place:  Colorado Springs, Colorado |
| United States District Judge | |
| | Date:  November 6, 2012 |

**ATTACHMENT**

On May 21, 2009, the conditions of supervised release were read and explained to the defendant.  On that date, he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided with a copy of them.  The term of supervised release commenced on May 15, 2009.

The defendant has committed the following additional violation of supervised release:

**7.      VIOLATION OF THE LAW:**

On September 26, 2012, the defendant entered a plea of guilty to Possession of a Firearm During a Drug Trafficking Crime, in violation of 18 U.S.C. § 922(g)(1).  This is a Class A Felony, punishable by a term of imprisonment of no less than five years and no more than life, which constitutes a Grade A violation of supervised release.

This charge is based on the following facts:

On January 4, 2011, the defendant was arrested by the Colorado Springs Police Department during a routine traffic stop.  The defendant was apprehended and found to have one handgun in his possession.  The defendant had a Hi-Point .40 caliber handgun under the driver's seat.  In an interview under Miranda, the defendant admitted to recently purchasing the gun, and that he was on his way to sell the firearm when he was pulled over.

On June 21, 2012, the defendant was charged with:  Count 1 - Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1), a Class A Felony; Count 2 - Distribution of a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), a Class A Felony; Count 3 - Distribution of a Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and  (b)(1)(C), a Class A Felony, and Count 4 - Possession of a Firearm During Drug Trafficking, in violation of 18 U.S.C. § 924(c)(1)(A).

The charges were filed in U.S. District Court, District of Colorado, in Case No. 12-cr-00107-MSK-01.  Counts 2, 3 and 4 were dismissed on September 26, 2012.  Sentencing in this matter is set for January 2, 2013, before Your Honor.